IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN HOFER,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    Case No. 13-cv-503-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant affirming the decision of the defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff's appeal.


    s/Peter Oppeneer                      6/5/2014

Peter Oppeneer, Clerk of Court            Date